LIAM McCRAW,
TORNEY GENERAL

TT GAINES,
RST ASSISTANT

H MYERS,
IHF CLERK

ASSISTANTS

J. ALSUP
TOR W. BOULDIN
L. BROADHURST
. M. BROWN
GRADY CHANDLER
HON COE
LIAM C. DAVIS
I. DUKE
. MADDEN HILL
J. (DICK) HOLT
J. KEMP
4. KENNEDY
ONARD KING
ORGE P. KIRKPATRICK
4 LANE

JOHN McKAY
ROBERT W. McKISSICK
WILLIAM McMILLAN
H. C. MARTIN
HENRY S. MOORE
T. F. (TED) MORROW
JAMES N. NEFF
PAT M. NEFF, JR.
PHIL OVERTON
J. W. PEAVY
HARRY S. POLLARD
W. B. POPE
RUSSELL RENTFRO
TOM D. ROWELL
CHARLES RUTTA
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
TTIE WILSON-WALDRON
ALBERT WALKER
CHARLES B. WALKER
H. L. WILLIFORD



# OFFICE OF THE ATTORNEY GENERAL

## AUSTIN

January 13, 1939

Honorable Foster Davis
County Attorney
Foard County
Crowell, Texas

Dear Mr. Davis:

Re:   0-90, Rebate of Federal Gasoline
Tax to Rural Consolidated High
School

        This will acknowledge receipt of your communi-
cation of January 11, 1939, propounding this question:

        "Whether or not a school district is entitled
        to a rebate of Federal taxes on gasoline used
        for operation of school buses for said school
        district."

        In answer to your question your attention is
respectfully called to the Internal Revenue Act of the
Congress of the United States of 1934, as the same is
set out from page 427, Volume 26, U.S.C.A. through 437,
and being immediately following Title 26, Chapter 1481,
U.S.C.A. In Section 617 of the above described item,
as found on page 431 of the volume above referred to,
U.S.C.A., a tax of 1¢ per gallon is imposed on gasoline
sold by the producer or importer thereof, except in re-
gulations prescribed by the Commissioner, with the ap-
proval of the Secretary, the tax shall not apply in the
case of sale to a producer of gasoline.

        We do not find that there is within the Act
any exemption other than where the gasoline is sold to
a producer of gasoline.

        However, you are advised that any opinion by
the Attorney General of Texas regarding this law would
be beyond the scope of the authority of the Attorney
General of Texas, as to any officer of the Federal Gov-
ernment being bound, and you are respectfully requested
to consult the proper tax authorities of the Federal
government relating to the interpretation of this Act

of Congress and application of the law.

We regret very much that we are unable to advise you, other than is herein above set out, and we hope that we have been of some service to you in this respect by the pointing out of the law.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Assistant

GSB:LM